IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Adawi, Almansour K | Case Number: 08 B 19762 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/02/08 | Filed: 7/31/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wachovia Mortgage | Secured | 14,000.00 | 0.00 |
| 2. | American General Finance | Secured | 2,500.00 | 0.00 |
| 3. | World Financial Network Nat'l | Unsecured | 51.65 | 0.00 |
| 4. | Dell Financial Services, Inc | Unsecured | 376.48 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 1,099.49 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 80.26 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 121.57 | 0.00 |
| 8. | American Collection Corp | Unsecured | | No Claim Filed |
| 9. | American Honda Finance Corporation | Unsecured | | No Claim Filed |
| 10. | Cache Inc | Unsecured | | No Claim Filed |
| 11. | Accounts Receivable Management | Unsecured | | No Claim Filed |
| 12. | American Honda Finance Corporation | Unsecured | | No Claim Filed |
| 13. | Atlantic Credit & Finance Inc | Unsecured | | No Claim Filed |
| 14. | Chase Mastercard/Visa | Unsecured | | No Claim Filed |
| 15. | AFNI | Unsecured | | No Claim Filed |
| 16. | Cache Inc | Unsecured | | No Claim Filed |
| 17. | Citi Cards | Unsecured | | No Claim Filed |
| 18. | Macy's | Unsecured | | No Claim Filed |
| 19. | HSBC | Unsecured | | No Claim Filed |
| 20. | Guitar Center | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 23. | Valentine & Kebartas Inc | Unsecured | | No Claim Filed |
| 24. | LVNV Funding | Unsecured | | No Claim Filed |
| 25. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 26. | TCF Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Adawi, Almansour K

Printed: 12/02/08

Case Number: 08 B 19762
Judge: Goldgar, A. Benjamin
Filed: 7/31/08

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Sallie Mae | Unsecured | | No Claim Filed |
| 28. Gutter Garden | Unsecured | | No Claim Filed |
| 29. Sallie Mae | Unsecured | | No Claim Filed |
| | | $ 18,229.45 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

